**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      No. 4:08CR00296-01 JLH

SANTOS JACOBA RUBIO                                                                         DEFENDANT

**ORDER**

The government has filed a Motion to Continue Sentencing currently scheduled for Wednesday, July 28, 2010. The motion is GRANTED. Document #73. The sentencing for defendant Santos Jacoba Rubio is hereby rescheduled for ***MONDAY, AUGUST 9, 2010, at 9:30 a.m.,*** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 27th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE